# BRADFORD W. CARAWAY
## STANDING CHAPTER 13 TRUSTEE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION
(205) 323-4631
FACSIMILE (205) 252-0239
EMAIL: info@ch13bham.com

PAYMENT ADDRESS
P.O. BOX 3789
JACKSON, MS. 39207

CORRESPONDENCE ADDRESS
P.O. BOX 10848
BIRMINGHAM, AL. 35202-0848

CHARLES E. KING
ASSISTANT TRUSTEE

MARY FRANCES FALLAW
STAFF ATTORNEY

## CLAIM MEMO

DATE: 10/8/2025

CASE NO.: 19-70696-DSC-13

DEBTOR: BRADLEY COLLINS

CREDITOR: PERFORMANCE FINANCE

CLAIM NO.: 08

CLAIM AMOUNT: $12522.09

The item checked below explains the written correspondence received by the Chapter 13 Trustee, copies of which are attached hereto, and the action taken thereon by the Trustee:

- ☐ The mailing address has changed for distributions to this creditor.
- ☐ This claim or its servicing has been transferred to another creditor at a different address.
- ☐ This claim is withdrawn.
- ☐ The balance due on this claim is withdrawn.
- ☐ This claim has been satisfied.
- ☐ The balance due on this claim has been satisfied.
- ☐ According to the creditor, relief from the automatic stay has been granted.
- ☐ According to the creditor, a foreclosure or repossession has occurred regarding the collateral for this claim.
- ☒ Other: Creditor sent a letter stating that claim # 08 has been paid in full. Therefore, the Trustee has closed claim # 08 and will make no further distributions on said claim.



# PERFORMANCE FINANCE

A DIVISION OF OLD SECOND NATIONAL BANK

10509 Professional Circle • Suite 100 • Reno, NV 89521 • www.goperformancefinance.com • 1-855-432-7720

BRADLEY C COLLINS
6002 REMBERT DRIVE
HANANA SC 29410

Date: 9/18/2025

Name:       BRADLEY C COLLINS
Collateral: 2016 INDIAN MOTORCYCLES CHIEF
            56KCCDAAXG3337426
Loan #:     XXXXXXXXXX140035

This letter is to inform you that a payoff was received on the above mentioned account. This loan shows a zero balance as of 08/15/2025. Please file this letter as evidence that the loan obligation it references has been satisfied.

We want to take this opportunity to thank you for your business. If we can ever be of service in the future, please do not hesitate to contact us at 855-432-7720.

Sincerely,

Performance Finance



Member FDIC

EQUAL HOUSING LENDER